UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICKY PERRY,<br><br>    Plaintiff,<br><br>    v.<br><br>SELECT PORTFOLIO SERVICING, INC., et al.,<br><br>    Defendants. | Case No. 15-cv-03629-RS<br><br>**ORDER RE MOTION TO DISMISS** |

In lieu of filing opposition to the motion to dismiss, plaintiff has filed a first amended complaint.  Without opining whether the amendments cure any or all of the purported defects identified by defendants, the motion is moot because ruling on the adequacy of the original complaint would serve no purpose at this juncture.  The hearing set for October 8, 2015 is vacated.

**IT IS SO ORDERED**.

Dated: September 9, 2015

_____
RICHARD SEEBORG
United States District Judge