IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

Vicky Perry,

        Plaintiffs,

vs.

The Bank of New York Mellon, et al.,

        Defendants.

No. C 15-03629 RS

**STANDBY ORDER OF DISMISSAL**

The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **April 4**, **2016**.  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **April 7, 2016 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.  Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: February 11, 2016

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE