MARK JOSEPH KENNEY (State Bar No. 87345)
mjk@severson.com
DAVID E. PINCH (State Bar No. 124851)
dep@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
BANK OF AMERICA, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

VICKY PERRY,

Plaintiff,

vs.

THE BANK OF NEW YORK MELLON f/k/a OF THE ALTERNATIVE LOAN TRUST 2005-56, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-56; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; BANK OF AMERICA, N.A.; SELECT PORTFOLIO SERVICING LLC; NATIONAL DEFAULT SERVICING CORPORATION,

Defendants.

Case No. 15-cv-03629-RS

**RESPONSE TO ORDER TO SHOW CAUSE RE DISMISSAL AND REQUEST TO RESTORE BANK OF AMERICA, N.A.'S MOTION TO DISMISS TO DISMISS THE SECOND AMENDED COMPLAINT OF VICKY PERRYTO CALENDAR**

Hearing: April 7, 2016
Time: 1:30 p.m.
Courtroom: 3, 17th Floor

(Contra Costa County Superior Court. Case No. C15-01391)

Complaint Filed: August 5, 2015

Bank of America, N.A. filed a motion to dismiss the Second Amended Complaint of Vicky Perry. The hearing was originally set for March 3, 2016. The Court had previously dismissed all other defendants and all claims for relief except for the Third Claim for Relief for Negligence as to Bank of America, N.A. Bank of America, N.A. asserts that the last act alleged against Bank of America, N.A. under the Second Amended Complaint occurred sometime in 2009 and the Negligence Claim is therefore barred by either the two or the three years' statute of limitations.

While this motion was pending Plaintiff offered to settle. Bank of America, N.A. agreed to the terms and prepared a written settlement agreement. The parties advised the court that a

settlement was imminent. Plaintiff's counsel prepared a Joint Status Conference Statement that stated in part:

> The Parites request a 45 day continuance of the Case Management Conference. The Partiesw **have reached a settlement** and are in the process of circulating a settlement agreement. The settlement will resolve all issues pending before the court but the parties need time to finalize and obtain signatures on the Settlement Agreement. (emphasis in original).

Plaintiff has now stated that she refuses to sign the settlement agreement. No reason for this change of position has been offered. Bank of America, N.A. therefore requests that this action be restored to the Court's active calendar and a new date be set for the Motion to Dismiss be set and a new Case Management Conference be scheduled.

DATED: February 29, 2016

SEVERSON & WERSON
A Professional Corporation

By: /s/ David E. Pinch
David E. Pinch

Attorneys for Defendant BANK OF AMERICA, N.A.