United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VICKY PERRY,

           Plaintiff,

       v.

SELECT PORTFOLIO SERVICING, INC.,
et al.,

           Defendants.

Case No. 15-cv-03629-RS

**ORDER RE STATUS**

Upon notice from the parties that this matter had been settled, an order issued requiring a stipulation of dismissal to be filed by April 4, 2017, or, in the alternative, appearance on April 7, 2017, to show cause why the matter should not be dismissed.  Defendants subsequently filed a notice asserting that plaintiff has failed to sign the settlement agreement.  Defendants request that the prior motion to dismiss be reset for hearing and that a new case management conference be scheduled.  The request is denied.  Plaintiff remains under court order to dismiss by April 4th, or appear on April 7th to show cause why dismissal should not be entered.  Plaintiff remains under advisement that any failure to comply with the prior order may result in dismissal without further notice.

**IT IS SO ORDERED**.

Dated: March 16, 2016

_____
RICHARD SEEBORG
United States District Judge